UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE MARIO PEREZ,

                              Plaintiff,

            -against-

FIRST 34 REALTY, LLC and PIZZA 34
LLC,

                              Defendants.

Case No. 1: 26-cv-03208 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

By order of the Court on April 21, 2026, the parties were required to submit, "within forty-five (45) days of service of the summons and complaint," "a joint letter informing the Court whether the parties have settled," and if they have not, to request in the joint letter "that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial status conference." Dkt. 5 at 1.  Defendants were served on April 28, 2026, *see* Dkts. 11, 12, making the parties' deadline to submit their joint letter June 12, 2026.  The Court reminded the parties of this obligation on May 20, 2026.  *See* Dkt. 8 at 1.  To date, however, the Court has yet to receive the joint letter.

Accordingly, the parties are ORDERED to submit their joint letter forthwith, and no later than **June 18, 2026**.  Failure to follow the Court's orders and deadlines could result in dismissal of the case for failure to prosecute or default judgment.

Dated: June 17, 2026
         New York, New York

                                          SO ORDERED.

                                          _____
                                          JENNIFER L. ROCHON
                                          United States District Judge