UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE MARIO PEREZ,

Plaintiff,

-against-

FIRST 34 REALTY, LLC and PIZZA 34 LLC,

Defendants.

Case No. 1:26-cv-03208 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On June 18, 2026, Defendant First 34 Realty, LLC filed its answer to Plaintiff's complaint. *See* Dkt. 18 ("Answer"). The Answer included a crossclaim against Defendant Pizza 34 LLC. *Id.* ¶ 157. Defendant Pizza 34 LLC's deadline to respond to that crossclaim was July 9, 2026. *See* Fed. R. Civ. P. 12(a)(1)(B).

On July 9, 2026, this case was assigned to a mediator as part of the Court-annexed Mediation Program, to which the parties had requested a referral from this Court, *see* Dkts. 19 & 20. To date, however, Defendant Pizza 34 LLC has not submitted its response to the crossclaim.

Accordingly, as a courtesy and in the interest of facilitating the parties' settlement discussions, Defendant Pizza 34 LLC's deadline to respond to Defendant First 34 Realty, LLC's crossclaim is extended *nunc pro tunc* to **August 12, 2026**.

Dated: July 22, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge